AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| HANAN ELATR KHASHOGGI | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-779 |
| NSO GROUP TECHNOLOGIES LIMITED, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NSO Group Technologies Limited and Q. Cyber Technologies Limited.

Date: 07/03/2023

/s/ Edmund Power
*Attorney's signature*

Edmund Power (VA - 65841)
*Printed name and bar number*

King & Spalding
1700 Pennsylvania Avenue, Suite 900
Washington, DC 20006-4707
*Address*

epower@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*