# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:23cv779 |
| v. | ) |
| | ) |
| NSO GROUP TECHNOLOGIES | ) |
| LIMITED, et al., | ) |
| | ) |
| Defendants. | ) |

### DISCLOSURE STATEMENT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited, by and through undersigned counsel, hereby submits this disclosure statement and states:

The following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: OSY Technologies, as the shareholder of Q Cyber Technologies Limited, has a financial interest in Q Cyber Technologies Limited.

Other than the named Defendants, no other entity has a financial interest, as defined by 28 U.S.C. § 455(d)(4), in either Defendant.

By complying with Local Civil Rule 7.1, Defendants are not waiving their right to assert that they act exclusively as the agent of governmental entities or that the Court lacks personal jurisdiction over Defendants.  Defendants expressly reserve those rights.

Respectfully submitted,

/s/ Edmund P. Power
Edmund P. Power VSB #65841
Joseph N. Akrotirianakis *(pro hac vice* pending)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
epower@kslaw.com

*Counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send the document and a notification of such filing (NEF) to all counsel of record:

/s/ Edmund P. Power
Edmund P. Power (VSB #65841)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC 20006
202-626-5448 (P)
202-626-3737 (F)
epower@kslaw.com

*Counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*