# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-779-LMB-LRVVAED<br><br>Action Filed:　June 15, 2023 |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

For the reasons explained in the accompanying Memorandum of Law, Defendants NSO Group Technologies LTD. and Q Cyber Technologies LTD. hereby move, pursuant to Rule 5 of the Local Rules for the U.S. District Court for the Eastern District of Virginia, to seal (1) certain language in the Declaration of Aaron S. Craig filed concurrently with their Motion for Leave to File Under Seal ("Motion to Seal"), (2) certain language in their Motion to Dismiss, and (3) certain language in the Declaration of Roy Blecher in Support of the Motion to Dismiss and the accompanying Exhibits.  A non-confidential Proposed Order is attached hereto as **Exhibit 1**.

DATED: September 29, 2023        KING & SPALDING LLP

By: */s/ Edmund Power*
ASHLEY C. PARRISH (Bar No. 43089)
aparrish@kslaw.com
EDMUND POWER (Bar No. 65841)
epower@kslaw.com
KING & SPALDING LLP
1700 Washington Ave., NW, Suite 900
Washington, DC 20006
Telephone:     (202) 737-0500
Facsimile:     (202) 626-3737

JOSEPH N. AKROTIRIANAKIS (pro hac vice)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:     (213) 443-4355
Facsimile:     (213) 443-4310

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*