**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>          Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>          Defendants. | Case No. 1:23-cv-779-LMB-LRVVAED<br><br>Action Filed:  June 15, 2023 |

### **DEFENDANTS' NON-CONFIDENTIAL NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Rule 5 of the Local Rules for the U.S. District Court for the Eastern District of Virginia, Defendants NSO Group Technologies LTD. and Q Cyber Technologies LTD. file this notice to identify their forthcoming motion as a Motion for Leave to File Under Seal related to their Motion to Dismiss.  The reasons supporting the Motion to Seal are set forth in the accompanying non-confidential Memorandum in Support of the Motion to Seal and the accompanying Declaration of Aaron S. Craig in Support of the Motion to Seal.  Defendants hereby notify Plaintiff that she may submit memoranda in support of or in opposition to the Motion to Seal within seven days after the filing of the Motion to Seal.  Any person objecting to the Motion to Seal must file an objection with the Clerk within seven days of the Motion to Seal, and if no objection is filed in a timely manner, the Court may treat the Motion to Seal as uncontested.

DATED: September 29, 2023

KING & SPALDING LLP

By: */s/ Edmund Power*
ASHLEY C. PARRISH (Bar No. 43089)
aparrish@kslaw.com
EDMUND POWER (Bar No. 65841)
epower@kslaw.com
KING & SPALDING LLP
1700 Washington Ave., NW, Suite 900
Washington, DC 20006
Telephone:   (202) 737-0500
Facsimile:   (202) 626-3737

JOSEPH N. AKROTIRIANAKIS (pro hac vice)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*