AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| HANAN ELATR KHASHOGGI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00779-LMB-LRV |
| NSO GROUP TECHNOLOGIES LTD., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants NSO Group Technologies LTD. and Q Cyber Technologies LTD.

Date:  10/02/2023

/s/ Ashley C. Parrish
*Attorney's signature*

Ashley C. Parrish (VA No. 43089)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Address*

aparrish@kslaw.com
*E-mail address*

(202) 626-2627
*Telephone number*

(202) 626-3737
*FAX number*