UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>            Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>            Defendants. | Case No. 1:23-cv-779-LMB-LRVVAED<br><br>Action Filed:   June 15, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the following documents with the Clerk of Court using the CM/ECF system, which caused electronic notifications of filing to be served on Plaintiff Hanan Elatr Khashoggi's counsel of record:

Notice of Motion and Motion of Defendants to Dismiss Complaint; Memorandum of Points and Authorities (Filed Under Seal) (Dkt. No. 23);

Declaration of Roy Blecher in Support of Defendants' Motion to Dismiss (Filed Under Seal) (Dkt. No. 23-4), including Exhibits A through D (Filed Under Seal) (Dkt. Nos. 23-5, 23-6, 23-7, 23-8); and

Confidential Declaration of Aaron S. Craig in Support of Defendants' Motion for Leave to File Under Seal (Filed Under Seal) (Dkt. No. 25), including Exhibits 1 through 7 (Filed Under Seal) (Dkt. Nos. 25-1, 25-2, 25-3, 25-4, 25-5, 25-6, 25-7).

Shortly after completing the filing, at 12:15 AM on September 30, 2023, I served the same materials via email on Plaintiff's counsel of record at the email addresses listed below and did not receive any subsequent indication that the messages were not delivered or otherwise not received. On the afternoon of September 30, 2023, counsel for Plaintiff acknowledged receipt of the materials.

Annie Elizabeth Kouba (SC-NA)
*akouba@motleyrice.com*
Charles Ross Heyl (SC-NA)
*rheyl@motleyrice.com*
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

Michael Jon Pendell (CT-NA)
*mpendell@motleyrice.com*
Motley Rice LLC
One Corporate Center, 20 Church St. 17 Flr
Hartford, CT 06103

Steven T. Webster
*swebster@websterbook.com*
Webster Book LLP
300 N Washington Street Suite 404
Alexandria, VA 22314

DATED: October 2, 2023

KING & SPALDING LLP

By: */s/ Edmund Power*
ASHLEY C. PARRISH (Bar No. 43089)
aparrish@kslaw.com
EDMUND POWER (Bar No. 65841)
epower@kslaw.com
KING & SPALDING LLP
1700 Washington Ave., NW, Suite 900
Washington, DC 20006
Telephone:    (202) 737-0500
Facsimile:    (202) 626-3737

JOSEPH N. AKROTIRIANAKIS (pro hac vice)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*