IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HANAN ELATR KHASHOGGI,           )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    1:23-cv-779 (LMB/LRV)
                                 )
NSO GROUP TECHNOLOGIES LTD. and  )
    Q CYBER TECHNOLOGIES LTD.,   )
                                 )
        Defendants.              )

ORDER

Before the Court is defendants' Notice informing the Court that the parties are unavailable to present argument on defendants' Motion to Dismiss during the Court's routine Friday hearing schedule. Accordingly, it is hereby

ORDERED that the Clerk schedule a hearing on defendants' Motion to Dismiss [Dkt. No. 26] for Tuesday, October 24, 2023 at 10:00 a.m. in courtroom 700.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of October, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge