UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00779-LMB-LRV |
| | ) |
| NSO GROUP TECHNOLOGIES | ) |
| LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Plaintiff's motion for an alternate hearing date, as plaintiff's lead counsel is unavailable on October 24, 2023 (ECF 33). Accordingly, it is hereby,

ORDERED that the hearing on defendants' Motion to Dismiss (ECF 26) is set for _____, 2023 at _____.

October _____, 2023
Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge