UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00779-LMB-LRV |
| | ) |
| NSO GROUP TECHNOLOGIES | ) |
| LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that Plaintiff Hanan Elatr Khashoggi hereby waives oral argument on her Motion for an Alternate Hearing Date.[1]

Dated: October 4, 2023

By:    */s/ Annie E. Kouba*
Annie Elizabeth Kouba (*pro hac vice*)
C. Ross Heyl (*pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: akouba@motleyrice.com
       rheyl@motleyrice.com

*Michael J. Pendell* (*pro hac vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church S., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Email: mpendell@motleyrice.com

*Michael Quirk (pro hac vice)*
MOTLEY RICE LLC
40 W. Evergreen Ave., Ste. 104
Philadelphia, PA 19118
Telephone: (610) 579-9932

---

[1] Plaintiff ***does not waive*** oral argument on Defendants' Motion to Dismiss (ECF 26).

>*/s/ Steven T. Webster*
>Steven T. Webster (VSB No. 31975)
>WEBSTER BOOK LLP
>300 N. Washington St., Suite 404
>Alexandria, Virginia 22314
>Telephone and Fax: (888) 987-9991
>Email: swebster@websterbook.com
>
>*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on October 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

>*/s/ Steven T. Webster*
>Steven T. Webster (VSB No. 31975)
>Webster Book LLP