IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NSO GROUP TECHNOLOGIES LTD. and )<br>Q CYBER TECHNOLOGIES LTD., )<br>)<br>Defendants. ) | 1:23-cv-779 (LMB/LRV) |

## ORDER

Before the Court is plaintiff's Motion to move the date of the hearing to consider defendants' Motion to Dismiss. Because of the protracted nature of the scheduling of this hearing—and to avoid the Court's trial calendar and prolong the resolution of the Motion to Dismiss—the Court will hear argument on Friday, October 20, 2023 at 10:00 a.m. Given the number of attorneys for both parties, if lead counsel are unavailable, another attorney should be prepared to argue the Motion to Dismiss. Accordingly, plaintiff's Motion [Dkt. No. 35] is GRANTED IN PART, and it is hereby

ORDERED that the Clerk reschedule the hearing on defendants' Motion to Dismiss [Dkt. No. 26] for Friday, October 20, 2023 at 10:00 a.m. in courtroom 700.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of October, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge