IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00779-LMB-LRV |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**UNOPPOSED MISCELLANEOUS MOTION ON ORAL ARGUMENT**

Plaintiff Hanan Elatr Khashoggi, by and through her attorneys of record, respectfully requests the Court allow two attorneys to divide the oral argument on Defendants' Motion to Dismiss (ECF 23; 26) set for hearing on October 20 (ECF 37) between them, due to the complex nature of the instant case and to allow for efficiency in preparation and presentation of oral arguments. Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited do not oppose this motion.

DATED: October 12, 2023

By: */s/ Annie Elizabeth Kouba*
Annie Elizabeth Kouba (*pro hac vice*)
C. Ross Heyl (*pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: akouba@motleyrice.com
            rheyl@motleyrice.com

*Michael J. Pendell* (*pro hac vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church St., 17TH Floor

        Hartford, CT 06103
        Telephone: (860) 882-1681
        Email: mpendell@motleyrice.com

        */s/ Steven T. Webster*
        Steven T. Webster (VSB No. 31975)
        WEBSTER BOOK LLP
        300 N. Washington St., Suite 404
        Alexandria, Virginia 22314
        Telephone and Fax: (888) 987-9991
        Email: swebster@websterbook.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on October 12, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

        */s/ Steven T. Webster*
        Steven T. Webster (VSB No. 31975)
        Webster Book LLP