IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00779-LMB-LRV |
| | ) |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Plaintiff's Unopposed Miscellaneous Motion on oral argument, requesting advance leave to have two attorneys engage in oral argument on October 20, 2023. Accordingly, it is hereby,

ORDERED that the motion on oral argument is granted.

October \_\_\_\_\_, 2023
Alexandria, Virginia

Leonie M. Brinkema
United States District Judge