**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00779-LMB-LRV |
| | ) |
| NSO GROUP TECHNOLOGIES | ) |
| LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that Plaintiff Hanan Elatr Khashoggi hereby waives oral argument on the Unopposed Miscellaneous Motion on Oral Argument.[1]

Dated: October 12, 2023

By: */s/ Annie Elizabeth Kouba*
Annie Elizabeth Kouba (*pro hac vice*)
C. Ross Heyl (*pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: akouba@motleyrice.com
         rheyl@motleyrice.com

*Michael J. Pendell* (*pro hac vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Email: mpendell@motleyrice.com

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP
300 N. Washington St., Suite 404
Alexandria, Virginia 22314

---

[1] Plaintiff does not waive oral argument on Defendants' Motion to Dismiss (ECF 23, 26).

                              Telephone and Fax: (888) 987-9991
                              Email: swebster@websterbook.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on October 12, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

                              */s/ Steven T. Webster*
                              Steven T. Webster (VSB No. 31975)
                              Webster Book LLP