IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00779-LMB-LRV |
| | ) |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Plaintiff's Unopposed Miscellaneous Motion on oral argument, requesting advance leave to have two attorneys engage in oral argument on October 20, 2023. Accordingly, it is hereby,

ORDERED that the motion on oral argument is granted, subject to the Court's discretion as to whether argument is needed on any particular issue. /LMB

October 12, 2023
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge