UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-779-LMB-LRV<br><br>Action Filed:　June 15, 2023 |

## UNOPPOSED MOTION REGARDING ORAL ARGUMENT

Defendants NSO Group Technologies LTD. and Q Cyber Technologies LTD. (collectively "NSO"), intend to present oral argument on Defendants' Motion to Dismiss (ECFs 24, 26), set for hearing on October 20, 2023, through two counsel, each of whom would address discrete legal issues raised in the motion.  NSO respectfully requests the Court's permission so to present its argument on the motion, subject to the Court's discretion as to the need for argument on any particular issue.

The Court recently granted a similar request by Plaintiff.  ECF 40.  Counsel for the parties have conferred, and Plaintiff does not oppose this motion.

DATED: October 12, 2023　　　　　　　　　KING & SPALDING LLP


　　　　　　　　　　　　　　　　　　　　　By: */s/ Edmund Power*
　　　　　　　　　　　　　　　　　　　　　ASHLEY C. PARRISH (Bar No. 43089)
　　　　　　　　　　　　　　　　　　　　　aparrish@kslaw.com
　　　　　　　　　　　　　　　　　　　　　EDMUND POWER (Bar No. 65841)
　　　　　　　　　　　　　　　　　　　　　epower@kslaw.com
　　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Ave., NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Telephone:　　(202) 737-0500
　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(202) 626-3737

        JOSEPH N. AKROTIRIANAKIS (pro hac vice)
        jakro@kslaw.com
        KING & SPALDING LLP
        633 West Fifth Street, Suite 1700
        Los Angeles, CA 90071
        Telephone:    (213) 443-4355
        Facsimile:    (213) 443-4310

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*

**CERTIFICATE OF SERVICE**

      I certify that on October 12, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

      /s/ Edmund P. Power  
      Edmund P. Power  (Bar No. 65841)  
      KING & SPALDING LLP  
      1700 Pennsylvania Ave., NW, Suite 900  
      Washington, DC 20006  
      Telephone:    (202) 737-0500  
      Facsimile:     (202) 626-3737  
      epower@kslaw.com