**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| HANAN ELATR KHASHOGGI, | Case No. 1:23-cv-779-LMB-LRV |
| Plaintiff, | |
| v. | |
| NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD., | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Defendants' Unopposed Motion Regarding Oral Argument requesting advance leave to have two attorneys engage in oral argument regarding their Motion to Dismiss (ECFs 24, 26), currently set for October 20, 2023.  For the reasons stated in the Motion, it is hereby,

**ORDERED** that the Motion is granted, subject to the Court's discretion as to whether argument is needed on any particular issue.

October ____, 2023
Alexandria VA

_____
Leonie M. Brinkema
United States District Judge