UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>    Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>    Defendants. | Case No. 1:23-cv-779-LMB-LRV<br><br>Action Filed:  June 15, 2023 |

### NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendants NSO Group Technologies LTD. and Q Cyber Technologies LTD. hereby waive oral on the Unopposed Motion Regarding Oral Argument.[1]

DATED: October 12, 2023

KING & SPALDING LLP

By: /s/ Edmund Power
ASHLEY C. PARRISH (Bar No. 43089)
aparrish@kslaw.com
EDMUND POWER (Bar No. 65841)
epower@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
Telephone:  (202) 737-0500
Facsimile:   (202) 626-3737

JOSEPH N. AKROTIRIANAKIS (pro hac vice)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

---

[1] Defendants do not waive oral argument on their Motion to Dismiss (ECF 23, 26).

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*

**CERTIFICATE OF SERVICE**

      I certify that on October 12, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

/s/ Edmund P. Power
Edmund P. Power  (Bar No. 65841)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
Telephone:     (202) 737-0500
Facsimile:      (202) 626-3737
epower@kslaw.com
