# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>        Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>        Defendants. | Case No. 1:23-cv-779-LMB-LRVVAED<br><br>Action Filed: June 15, 2023 |

## DEFENDANTS' NOTICE OF UNDER SEAL FILING

Pursuant to Rule 5(B) of the Local Rules for the U.S. District Court for the Eastern District of Virginia, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited hereby notify the Court that portions of Defendants' Reply in Support of their Motion to Dismiss ("Reply") have been filed under seal pursuant to this Court's Order dated October 2, 2023. (Dkt. 28.) The Order states that future filings referencing the sealed content of the Sealed Documents may also be filed under seal. Defendants have thus filed under seal the indicated portions of pages 4 and 10-13 of the Reply. These portions of the Reply exclusively reference the sealed content of the Sealed Documents addressed in the Order. Accordingly, Defendants respectfully request the Court to maintain the indicated portions of the Reply under seal.

DATED: October 18, 2023					KING & SPALDING LLP

By: */s/ Ashley C. Parrish*
ASHLEY C. PARRISH (Bar No. 43089)
aparrish@kslaw.com
EDMUND POWER (Bar No. 65841)
epower@kslaw.com
KING & SPALDING LLP
1700 Washington Ave., NW, Suite 900
Washington, DC 20006
Telephone:	(202) 737-0500
Facsimile:	(202) 626-3737

JOSEPH N. AKROTIRIANAKIS (pro hac vice)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:	(213) 443-4355
Facsimile:	(213) 443-4310

*Attorneys for Defendants NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October 2023, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will cause electronic notifications of filing to be served on all counsel of record.

By: */s/ Ashley C. Parrish*
ASHLEY C. PARRISH (Bar No. 43089)
*Counsel for Defendants NSO Group Techs. Ltd. and Q Cyber Techs. Ltd.*