UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>  Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>  Defendants. | Case No. 1:23-cv-779-LMB-LRVVAED<br><br>Action Filed:  June 15, 2023 |

## SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California.  I am a partner at the law firm of King & Spalding LLP, and I am counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action and, since February 2020, I have been NSO's lead counsel in other litigation pending in the United States District Court for the Northern District of California.  I submit this supplemental declaration in support of the NSO Defendants' Motion to Dismiss.  Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. Attached as **Exhibit A** is a true and correct transcription of portions of a podcast titled *Shoot the Messenger: Espionage, Murder & Pegasus Spyware*, Episode 1: What Happened to Jamal Khashoggi? A recording of the full podcast is available at https://beta.prx.org/stories/451491.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 18, 2023, at Atlanta, Georgia.

   */s/Joseph N. Akrotirianakis*
   JOSEPH N. AKROTIRIANAKIS