# EXHIBIT A

<u>SHOOT THE MESSENGER PODCAST, EPISODE 1, WHAT HAPPENED TO JAMAL KHASHOGGI?</u>

RELEVANT EXCERPTS RE PLAINTIFF'S RESIDENCE

1. <u>Hanan El-Atr was a resident of UAE until Khashoggi's death</u>

00:28:  ROSE REID (host): It was a night like this on April 21st, 2018, when Hanan Elatr landed in her hometown of Dubai. After 22 years as a flight attendant with Emirates Airlines, the routine had long turned to muscle memory. On this Saturday night, Hanan had just finished a long flight from Toronto. Her shift was over, and she was tired, and ready to go home.

30:22:  ROSE: When Hanan was taken by UAE government officials [on April 21, 2018], they were looking for something on Hanan's phone during her interrogation…In the middle of Hanan's interrogation, she received a text from Jamal Khashoggi.  The officials saw the text, and their questions took a different turn.  They asked about Khashoggi's colleagues, his friends, his plans.  They wanted to know what he was working on, and who he was working with.

31:05:  NANDO VILA (co-host): This interrogation continued into the morning.  After 17 hours, she was given back her devices, and taken home.

31:13:  HANAN EL-ATR: They [UAE government officials] put me under house arrest. They have my passport. They blacklisted me and my family. My entire family couldn't fly. And after that I couldn't know how to communicate with him.

31:40:  DANA PRIEST (New York Times): After she was detained, she did not tell Jamal

right away. She didn't want to tell him on the phone. Well, she didn't know who was listening to her, how they knew where to come and get her, and you know, so she was so afraid to talk to him and tell him what had happened.

31:57:  NANDO: Hanan was under house arrest for several weeks after she was detained and interrogated by the Emirati intelligence, and could not meet Jamal Khashoggi as they had planned in Washington DC, but she didn't know how to tell him what had happened.

32:10:  HANAN: Jamal went to airport, Washington, DC airport, was waiting for me in the airport. And then he called me in Dubai. He told me, "Hanan, I'm waiting for you in airport. Where are you?" I said, "Jamal, I'm not coming." He said, "Why?" I said, "Suad Hosny." Just I told him a code to understand what is my situation.

2. <u>Hanan El-Atr traveled to Washington, DC in June 2018 and married Jamal Khashoggi in a religious ceremony only; Hanan El-Atr was not a resident of the US at the time</u>

33:38:  ROSE: After two months on house arrest, Hanan was released and got her passport back. She was back to work and went on a trip to the United States to meet Khashoggi.  They had plans to get married.

33:49:  HANAN: We got married in June 2018.

33:53:  DANA: They had gotten married, here in Washington where Jamal had a house, an apartment, in McLean, Virginia. And they were married in an Islamic ceremony only, in part to protect her. They didn't want to have any record in the civil courts that she even existed here in the United States.

34:15:  ROSE: Hanan and Khashoggi were married at a mosque, but they decided not to

get a civil license as Hanan did not have residence in the US at the time. The summer of 2018 Hanan tried to put her detention behind her. She was cautious, but not paranoid.

    3.  <u>Hanan El-Atr moved to the US only after Khashoggi was killed in October 2018</u>

35:20:  ROSE: Hanan did not know what to do after Khashoggi was murdered – and occasionally Emirati intelligence officers would come by and ask her questions –

35:29:  DANA: And then Jamal's killed [in October 2018], and she has nowhere to go. She's frightened for her life. She can't live in the UAE anymore. So she comes to the United States to talk to her lawyer, and her lawyer suggests, "Just stay here, and we'll apply for political asylum."