# CIVIL MOTION MINUTES

Date: 10/20/2023

Judge: Brinkema
Reporter: S. Austin

Time: 10:17am- 10:57am

Civil Action Number: 1:23cv779

Hannan Elatr Khashoggi       vs.   NSO Group technologies limited et al

Appearances of Counsel for     (X) Pltf     ( X) Deft

Motion to/for:
#26 Defendant Motion to Dismiss

Argued &
( ) Granted    ( ) Denied  ( ) Granted in part/Denied in part
( ) Held in Abeyance (X) Taken Under Advisement   ( ) Continued to ( ) Overruled

( ) Memorandum Opinion to Follow

( ) Order to follow