IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HANAN ELATR KHASHOGGI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-779 (LMB/LRV) |
| | ) | |
| NSO GROUP TECHNOLOGIES LIMITED and | ) | |
| Q CYBER TECHNOLOGIES LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendants' Motion

to Dismiss [Dkt. No. 26] is GRANTED; and it is hereby

ORDERED that plaintiff's Complaint be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order and the accompanying

Memorandum Opinion to counsel of record, enter judgment in favor of defendants pursuant to

Fed. R. Civ. P. 58, and close this civil action.

Entered this 26 day of October, 2023.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge