# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Hanan Elatr Khashoggi ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00779-LMB-LRV |
| ) | |
| ) | |
| NSO Group Technologies Limited, et al ) | |
| ) | |
| Defendant ) | |

## **JUDGMENT**

Pursuant to the Order of this Court entered on October 26, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited and against the Plaintiff Hanan Elatr Khashoggi.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 10/26/2023
Alexandria, Virginia