UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-779 (LMB/LRV) |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Hanan Elatr Khashoggi hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered by the District Court on October 26, 2023 (Civil Action No. 1:23-CV-779 (LMB/LRV), Dkt. 52) in the above-captioned action, and from the order incorporated in that Judgment.

Dated: November 21, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Annie Elizabeth Kouba*
　　　　　　　　　　　　　　　　　　　　Annie Elizabeth Kouba
　　　　　　　　　　　　　　　　　　　　C. Ross Heyl
　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　28 Bridgeside Boulevard
　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC
　　　　　　　　　　　　　　　　　　　　Tel: (843) 216-9000
　　　　　　　　　　　　　　　　　　　　Fax: (843) 216-9450
　　　　　　　　　　　　　　　　　　　　akouba@motleyrice.com
　　　　　　　　　　　　　　　　　　　　rheyl@motleyrice.com

　　　　　　　　　　　　　　　　　　　　Michael J. Pendell
　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　One Corporate Center
　　　　　　　　　　　　　　　　　　　　20 Church Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　　Tel: (860) 882-1681
　　　　　　　　　　　　　　　　　　　　mpendell@motleyrice.com

Michael Quirk
MOTLEY RICE LLC
40 W. Evergreen Avenue, Suite 104
Philadelphia, PA 19118
Tel: (610) 579-9932
Fax: (856) 667-5133
mquirk@motleyrice.com

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP
300 N. Washington Street, Suite 404
Alexandria, Virginia 22314
Telephone and Fax: (888) 987-9991
Email: swebster@websterbook.com

**CERTIFICATE OF SERVICE**

      I certify that on November 21, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

<u>/s/ *Steven T. Webster*</u>
Steven T. Webster (VSB No. 31975)
Webster Book LLP