UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HANAN ELATR KHASHOGGI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LTD.<br>and Q CYBER TECHNOLOGIES LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-779-LMB-LRV |

**DEFENDANTS' NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. hereby cross-appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on October 26, 2023 (Dkt. 52) and from the order incorporated in that judgment (Dkt. 50).

Dated: November 28, 2023   　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ *Ashley C. Parrish*
　　　　　　　　　　　　　　　　　ASHLEY C. PARRISH
　　　　　　　　　　　　　　　　　 *aparrish@kslaw.com*
　　　　　　　　　　　　　　　　　EDMUND POWER
　　　　　　　　　　　　　　　　　 *epower@kslaw.com*
　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　1700 Washington Avenue NW, Suite 900
　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　Telephone:　　(202) 737-0500
　　　　　　　　　　　　　　　　　Facsimile:　　 (202) 626-3737

　　　　　　　　　　　　　　　　　JOSEPH N. AKROTIRIANAKIS (*pro hac vice*)
　　　　　　　　　　　　　　　　　 *jakro@kslaw.com*
　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　633 West Fifth Street, Suite 1700
　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　Telephone:　　(213) 443-4355
　　　　　　　　　　　　　　　　　Facsimile:　　 (213) 443-4310

　　　　　　　　　　　　　　　　　*Attorneys for Defendants NSO GROUP*
　　　　　　　　　　　　　　　　　*TECHNOLOGIES LTD. and Q CYBER*
　　　　　　　　　　　　　　　　　*TECHNOLOGIES LTD*

**CERTIFICATE OF SERVICE**

I certify that on November 28, 2023, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

　　　　　　　　　　　　　　　　　　　　　 /s/ Ashley C. Parrish
　　　　　　　　　　　　　　　　　　　　　ASHLEY C. PARRISH

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD*