FILED: November 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2234
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

    Plaintiff - Appellant

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-cv-00779-LMB-LRV |
| Date notice of appeal filed in originating court: | 11/21/2023 |
| Appellant | Hanan Elatr Khashoggi |
| Appellate Case Number | 23-2234 |
| Case Manager | Emily Borneisen<br>804-916-2704 |