FILED: November 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2234 (L)
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

 Plaintiff - Appellant

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

 Defendants - Appellees

_____

No. 23-2241
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

 Plaintiff - Appellee

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

 Defendants – Appellants

_____

O R D E R

_____

The court consolidates Case No. 23-2241 and Case No. 23-2234(L) as cross-appeals. The appellant in Case No. 23-2234 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                          For the Court--By Direction

                                          /s/ Nwamaka Anowi, Clerk